UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20528-CR-KING

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * |
| LARRY SHANNON, | * |
| Defendant. | * |

## ORDER ON AGREED MOTION TO DISCHARGE SURETY

THIS CAUSE having come on to be considered upon the Agreed Motion to to Discharge Surety and the court being fully advised, it is hereby;

ORDERED AND ADJUDGED that said motion is hereby **GRANTED**.

DONE AND ORDERED at Miami, Florida this 24th day of April, 2008.

_____
JAMES L. KING
United States District Judge

Copies furnished to

Susan Osborne, AUSA
Nathan P. Diamond, Esquire